IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DARLENE KALMAN,**

    **Plaintiff,**

vs.

    Civil Action 2:11-CV-1075
    Judge Watson
    Magistrate Judge Abel

**MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

On June 4, 2012, the United States Magistrate Judge recommended that the decision of the Commissioner of Social Security be affirmed, that plaintiff's motion for summary judgment be denied, and that defendant's motion for summary judgment be granted. *Report and Recommendation*, ECF No. 13. Although the parties were advised of their right to object to the recommendation, and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, Doc. No. 13, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner of Social Security is **AFFIRMED**, plaintiff's motion for summary judgment is **DENIED** and defendant's motion for summary judgment is **GRANTED**.

The Clerk is **DIRECTED** to enter final judgment pursuant to Sentence 4 of 42 U.S.C. § 405(g).

Michael H. Watson, Judge
United States District Court